IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR HERNANDEZ, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> P N DRYWALL CONTRACTORS, LLC, *et al.* <br><br> Defendants | No. 1:14-cv-01467-RMC |

Upon consideration of plaintiffs' "Motion for Default Judgment Against Defendant P N Drywall Contractor, LLC, it is, this _____ day of _____, 2015, hereby:

ORDERED, that the Motion is GRANTED; and

ORDERED, that the Clerk shall enter a default judgment against defendant P N Drywall Contractor, LLC in the amount of $193,365.00;

SO ORDERED.

_____
United States District Judge