## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522, D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1. Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

    ANSWER  No

2. Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

    ANSWER  No

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: 3/19/15

Bank of America NA  _[signature]_
Garnishee

SUBSCRIBED AND SWORN TO BEFORE
THIS 19th DAY OF March 2015
BY _[signature]_
NOTARY PUBLIC

DENISE D GAGE
Notary Public - State of New York
No. 01GA6052280
Qualified in Herkimer County
My Commission Expires Dec. 11, 2018

CO-901A
Rev. 4/10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Victor Hernandez, et al.             PN Drywall Contractor LLC

Plaintiff(s)      vs      Defendant(s)

CIVIL ACTION NO. 14-1467 (RMC)

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Bank of America, N.A.; CT Corporation System; 4701 Cox Road, Suite 285;

Glen Allen, VA 23060        Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on March 6, 2015 in the amount of One Hundred Ninety Three Thousand and Three Hundred Sixty Five Dollars ($ 193,365.00 ) and the costs amounting to $ 0 with interest at 0 % from March 6, 2015 less credits of $ 0.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this 9th day of March, 2015.

Angela D. Caesar, Clerk

By /s/ Reginald D. Johnson
       Deputy Clerk

Justin Zelikovitz
Attorney for Plaintiff

519 H Street, 2nd Floor

Washington, DC 20001
Address & Telephone Number



RECEIVED
Mail Room

MAR 27 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia